**Order entered July 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00524-CV

### COLLIN CENTRAL APPRAISAL DISTRICT, Appellant

### V.

### COLLIN CREEK MALL, LLC, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-03582-2011**

## ORDER

Before the Court is the motion of certified court reporter Tonya Lebo for an extension of time to file the reporter's record. Tonya Lebo has informed the Court that three court reporters worked on the reporter's record for this appeal. We **DIRECT** the Clerk of this Court to add Tonya Lebo as a court reporter for this appeal. Tonya Lebo's contact information is as follows:

> 2708 Patriot Drive
> Melissa, Texas 75454
> (972) 998-5878
> tmlebo.usa@gmail.com

We **GRANT** the motion. The reporter's record shall be filed **on or before SEPTEMBER 2, 2014**. We **DIRECT** the Clerk of this Court to send a copy of this order by

electronic transmission to Tonya Lebo, Indu Bailey, Official Court Reporter for the 219th Judicial District Court of Collin County, Texas, and all counsel of record.

/s/     ADA BROWN
JUSTICE